UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVE HENLEY ) | |
| ) | |
| v. ) | No. 3:08-1148 |
| ) | JUDGE ECHOLS |
| GEORGE LITTLE, et al. ) | |
| ) | |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) the Motion to Dismiss on Behalf of Defendants George Little and Ricky Bell (Docket Entry No. 8) is hereby GRANTED;

(2) all other pending motions are hereby DENIED AS MOOT;

(3) this case is hereby DISMISSED WITH PREJUDICE; and

(4) entry of this Order on the docket shall constitute entry of final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

Plaintiff has sufficient time to appeal the Court's dismissal of his § 1983 Complaint to the Sixth Circuit Court of Appeals prior to his scheduled execution on February 4, 2009.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE